Matter of Yamin (2026 NY Slip Op 01577)

Matter of Yamin

2026 NY Slip Op 01577

Decided on March 19, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 19, 2026

PM-43-26
[*1]In the Matter of Robert J. Yamin, an Attorney. (Attorney Registration No. 1934421.)

Calendar Date:March 16, 2026

Before:Garry, P.J., Reynolds Fitzgerald, Ceresia, Powers and Mackey, JJ.

Robert J. Yamin, Danbury, Connecticut, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Robert J. Yamin was admitted to practice by this Court in 1984 and lists a business address in Danbury, Connecticut with the Office of Court Administration. Yamin has applied to this Court, by affidavit sworn to December 18, 2025, for leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advised that it opposes Yamin's application based on omissions made within his application. Yamin thereafter filed a revised affidavit in response to AGC's correspondence.
Upon reading Yamin's affidavit sworn to December 18, 2025 and filed December 22, 2025, his revised affidavit sworn to February 27, 2026 and upon reading the February 26, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Yamin is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Reynolds Fitzgerald, Ceresia, Powers and Mackey, JJ., concur.
ORDERED that Robert J. Yamin's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Robert J. Yamin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Robert J. Yamin is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Yamin is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Robert J. Yamin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.